Miles F. Ehrlich (CSB 237954)
Amy E. Craig (CSB 269339)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600
(510) 291-3060 fax
miles@ramsey-ehrlich.com
amy@ramsey-ehrlich.com

Attorneys for Defendant
*John Ching En Lee*

FILED

APR 17 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff;<br><br>vs.<br><br>JOHN CHING EN LEE,<br><br>　　　　Defendant. | Case No.: 14-MJ-70256<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:　Judge Joseph C. Spero<br>Date:　April 29, 2014<br>Time:　9:30 a.m.<br>Room:　Courtroom G, 15th Floor |

-1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
14-MJ-70256

1     The parties hereby stipulate and request that this Court continue the status conference in this matter from Tuesday, April 29, 2014 to Tuesday, May 20, 2014, at 9:30 a.m. This continuance is requested to allow the defense time to review discovery, conduct legal research, and provide factual and legal information to the United States. This continuance will also allow sufficient time for the parties to engage in discussions regarding coming to an agreed-upon resolution in this matter.

    The parties, therefore, request that this Court exclude time pursuant to 18 U.S.C. § 3161(b) (which governs the timing for return of an indictment or information), and extend the time within which defendant is entitled to a preliminary hearing pursuant to Federal Rules of Criminal Procedure 5.1(c) and (d).

IT IS SO STIPULATED.

Dated: April 16, 2014

Respectfully Submitted,

/s/
_____
Miles Ehrlich
Amy Craig
Ramsey & Ehrlich LLP
*Counsel to John Ching En Lee*

/s/
_____
James C. Mann
Assistant United States Attorney

IT IS SO ORDERED.

Dated: 4/17/14
_____
JOSEPH C. SPERO
United States District Judge

- 2 -